IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LETISHA KAY SMITH YOUNG, as Special Administrator of the Estate of Tina Smith, Deceased, | * * * * |
| Plaintiff, | * |
| vs. | * No. 4:16-cv-00810-SWW |
| | * * |
| STATE FARM MUTUAL AUTOMOBILE INSUARANCE COMPANY, | * * * * |
| Defendant. | * |

## ORDER

The joint motion [doc.#15] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 14th day of December 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE